## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bouldin Sr, Gerald L | Case Number:  07 B 01345 |
| Bouldin, Cheryl A | Judge:  Wedoff, Eugene R |
| Printed: 6/3/08 | Filed:  1/26/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  April 17, 2008

Confirmed:  April 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,160.00 | |
| Secured: | | 2,124.67 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 864.69 |
| Trustee Fee: | | 170.64 |
| Other Funds: | | 0.00 |
| Totals: | 3,160.00 | 3,160.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Deer & Stone | Administrative | 1,300.00 | 864.69 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 6. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 7. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 8. | City Of Chicago | Secured | 0.00 | 0.00 |
| 9. | National Auto Finance Inc | Secured | 8,909.27 | 1,178.74 |
| 10. | Drive Financial Services | Secured | 8,407.07 | 945.93 |
| 11. | Chase Manhattan Mortgage Corp | Secured | 7,261.64 | 0.00 |
| 12. | Chase Home Finance | Secured | 23,716.88 | 0.00 |
| 13. | Drive Financial Services | Unsecured | 0.00 | 0.00 |
| 14. | Galway Financial Service | Unsecured | 72.05 | 0.00 |
| 15. | Galway Financial Service | Unsecured | 16.41 | 0.00 |
| 16. | Nelnet | Unsecured | 1,402.47 | 0.00 |
| 17. | B-Line LLC | Unsecured | 134.98 | 0.00 |
| 18. | Universal Lenders Inc | Unsecured | 99.10 | 0.00 |
| 19. | Premier Bankcard | Unsecured | 26.01 | 0.00 |
| 20. | City Of Chicago Dept Of Revenue | Unsecured | 66.99 | 0.00 |
| 21. | Asset Acceptance | Unsecured | 45.59 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 12.37 | 0.00 |
| 23. | Portfolio Recovery Associates | Unsecured | 43.82 | 0.00 |
| 24. | National Auto Finance Inc | Unsecured | 29.22 | 0.00 |
| 25. | Lease Finance Group | Unsecured | 543.01 | 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bouldin Sr, Gerald L

Bouldin, Cheryl A

Printed: 6/3/08

Case Number:  07 B 01345

Judge:  Wedoff, Eugene R

Filed:  1/26/07

| # | | | | |
|---|---|---|---|---|
| 26. | RoundUp Funding LLC | Unsecured | 72.05 | 0.00 |
| 27. | Cook County Treasurer | Secured | | No Claim Filed |
| 28. | Cook County Collector | Priority | | No Claim Filed |
| 29. | Deer & Stone | Priority | | No Claim Filed |
| 30. | Internal Revenue Service | Priority | | No Claim Filed |
| 31. | Bonded Collection Agency | Unsecured | | No Claim Filed |
| 32. | Citywide Realty | Unsecured | | No Claim Filed |
| 33. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 34. | Holloway Group, Inc. | Unsecured | | No Claim Filed |
| 35. | Holloway Group, Inc. | Unsecured | | No Claim Filed |
| 36. | M.J. Hecker & Assoc | Unsecured | | No Claim Filed |
| 37. | Pinnacle Fincial Group Inc | Unsecured | | No Claim Filed |
| 38. | M.J. Hecker & Assoc | Unsecured | | No Claim Filed |
| 39. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 40. | RJM Acquisitions LLC | Unsecured | | No Claim Filed |
| 41. | Riscuity | Unsecured | | No Claim Filed |
| 42. | U.S. Department Of Education | Unsecured | | No Claim Filed |
| 43. | Plains Commerce Bank | Unsecured | | No Claim Filed |
| 44. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 45. | Universal Finance | Unsecured | | No Claim Filed |
| 46. | Zip Cash | Unsecured | | No Claim Filed |
| 47. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 48. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 49. | Rodale Libraries | Unsecured | | No Claim Filed |
| 50. | Agency Of Credit Control | Unsecured | | No Claim Filed |
| 51. | Wakefield & Associates | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 52,158.93 | $ 2,989.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 170.64 |
| | _____ |
| | $ 170.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: